**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2070**

———————

JOSEPH N. BRIGGS,

                                    Plaintiff - Appellant,

        versus

BALTIMORE GAS AND ELECTRIC COMPANY,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-05-
2286-1-AMD)

———————

Submitted: March 23, 2006              Decided: March 27, 2006

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph N. Briggs, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph N. Briggs appeals the district court's order dismissing his civil action without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Briggs v. Baltimore Gas & Electric Co., No. CA-05-2286-1-AMD) (D. Md. Sept. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED